*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, BAKER, and MYERS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Daniel T. CARTER**
Aviation Boatswain's Mate Aircraft Handler
Airman Apprentice (E-2), U.S. Navy
*Appellant*

**No. 202100228**

Decided: 29 December 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Donald R. Ostrom

Sentence adjudged 1 June 2021 by a special court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1 and a bad-conduct discharge.

For Appellant:
*Commander C. Eric Roper, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[2] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Uniform Code of Military Justice Articles 59, 66, 10 U.S.C. §§ 859, 866.

[2] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 202100228** |
| **v.** | **ENTRY OF JUDGMENT** |
| **Daniel T. CARTER** Aviation Boatswain's Mate Aircraft Handler Airman Apprentice (E-2) U.S. Navy *Accused* | *As Modified on Appeal* **29 December 2021** |

On 15 April 2021 and 1 June 2021, the Accused was tried at Naval Station Norfolk, Virginia, by a special court-martial consisting of a military judge sitting alone. Military Judge Donald R. Ostrom presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 121, Uniform Code of Military Justice, 10 U.S.C. § 921.**

*Plea:* Guilty.
*Finding:* Guilty

**Specification 1:** **Did, at Langley Air Force Base, at or near Hampton, Virginia, on or about 22 December 2019, steal a credit card, the property of Lieutenant Colonel B.L., U.S. Marine Corps.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 2:** **Did, at Langley Air Force Base, at or near Hampton, Virginia, on or about 27 December 2019, steal a debit and credit cards, the property of Airman First Class T.L., U.S. Air Force.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 3:** **Did, at Langley Air Force Base, at or near Hampton, Virginia, on or about 31 December 2019, steal a debit card, the property of Mr. G.U.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 4:** **Did, at Langley Air Force Base, at or near Hampton, Virginia, on or about 11 January 2020, steal a debit and credit cards, the property of Senior Airman T.P., U.S. Air Force.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 5:** **Did, at Langley Air Force Base, at or near Hampton, Virginia, on or about 11 January 2020, steal credit cards and cash, the property of Staff Sergeant R.O., U.S. Air Force.**

*Plea:* Guilty to the Specification excepting the language, "and cash."

*Finding:* Guilty to the Specification as excepted.

**Specification 6:** **Did, at Langley Air Force Base, at or near Hampton, Virginia, on or about 20 January 2020, steal a debit card, the property of Mr. T.P.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 7:** **Did, at Langley Air Force Base, at or near Hampton, Virginia, on or about 21 January 2020, steal a debit and credit cards, the property of Master Sergeant J.M., U.S. Air Force.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 8:** **Did, at Langley Air Force Base, at or near Hampton, Virginia, on or about 27 January 2020, steal a debit and credit cards, the property of Master Sergeant M.A., U.S. Air Force.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 9:** **Did, at Langley Air Force Base, at or near Hampton, Virginia, on or about 8 February 2020, steal a debit and credit cards and cash, the property of Airman First Class A.L., U.S. Air Force.**

*Plea:* Guilty to the Specification excepting the language, "and cash."

*Finding:* Guilty to the Specification as excepted.

**Specification 10:** **Did, at Langley Air Force Base, at or near Hampton, Virginia, on or about 21 February 2020, steal a debit card and cash, the property of Airman First Class C.H., U.S. Air Force.**

*Plea:* Guilty to the Specification excepting the language, "and cash."

*Finding:* Guilty to the Specification as excepted.

**Specification 11:** **Did, at Langley Air Force Base, at or near Hampton, Virginia, on or about 25 February 2020, steal a debit and credit cards and cash, of some value, the property of Technical Sergeant CJ., U.S. Air Force.**

*Plea:* Guilty to the Specification excepting the language, "and cash."

*Finding:* Guilty to the Specification as excepted.

**Charge II:** **Violation of Article 121a, Uniform Code of Military Justice, 10 U.S.C. § 921a.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification:** **Did, at or near Hampton, Virginia, on divers occasions, from on or about 1 November 2019 to on or about 25 February 2020, fraudulently use stolen debit and credit cards to obtain money, to wit: cash and gift cards of an aggregate value of more than $1,000.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

# SENTENCE

On 1 June 2021, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**A bad-conduct discharge.**

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court